JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOAH AKUNA, <br><br> Petitioner, <br><br> v. <br><br> CHRISTIAN PFEIFFER, Warden, <br><br> Respondent. | Case No. CV 19-3611-RSWL (JPR) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: September 29, 2021    */S/RONALD S.W. LEW*
                                               RONALD S.W. LEW
                                               U.S. DISTRICT JUDGE